*Christopher B. Kennedy,* pro se, in support of the petition.

Decided September 12, 2005

STATE OF CONNECTICUT *v.* ANGELO FABRICATORE

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 729 (AC 23521), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's improper instruction on the duty to retreat constituted harmless error?"

The Supreme Court docket number is SC 17492.

*Todd A. Bussert*, special public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

